## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon Thomas Walton<br>Debtor(s) | BK NO. 22-01524 HWV<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
24 Aug 2022, 15:20:10, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322