# Notice Recipients

District/Off: 0314–1     User: admin     Date Created: 11/23/2022
Case: 1:22–bk–01524–HWV     Form ID: fnldecac     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
aty     Jeffrey Wayne Ross     jross@shepleylaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Brandon Thomas Walton     2 Sun Valley Drive     Mifflintown, PA 17059

TOTAL: 1